# Court of Appeals
# of the State of Georgia

ATLANTA, March 18, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0275. CARLA GRAHAM v. LISA GRAHAM.**

Following a divorce from Carla Graham, Lisa Graham filed a petition for a change of child custody and support. On January 29, 2025, the trial court entered a final order, modifying both custody and support. Carla Graham has filed a direct appeal from the custody ruling. She also filed this application for discretionary appeal from that portion of the order modifying her child support obligations.

Under OCGA § 5-6-34 (a) (11), a direct appeal may be taken from orders in child custody cases awarding, refusing to change, or modifying child custody. Pursuant to OCGA § 5-6-34 (d),

> [w]here an appeal is taken under any provision of subsection (a), (b), or (c) of this Code section, all judgments, rulings, or orders rendered in the case which are raised on appeal and which may affect the proceedings below shall be reviewed and determined by the appellate court, without regard to the appealability of the judgment, ruling, or order standing alone and without regard to whether the judgment, ruling, or order appealed from was final or was appealable by some other express provision of law contained in this Code section, or elsewhere.

In other words, Carla Graham may seek review of the trial court's child support ruling in connection with her appeal of the custody ruling. Because Carla Graham has already

pursued a direct appeal, this application for discretionary appeal is hereby DISMISSED as superfluous.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  03/18/2025*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*